FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYAN PAUL HERNANDEZ (*also known as* Selene Violet Henderson),<br><br>      Plaintiff,<br><br>v.<br><br>ERIC CARPENTER, DENNIS WETZLER, JANE SCHOLLMEYER, and JENNIFER SOMERLOTT,<br><br>      Defendants. | No. 2:24-CV-00151-SAB<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

Before the Court is Plaintiff's Motion for Reconsideration of the Order Dismissing Action, along with supplemental materials and amendments. ECF Nos. 11, 11-1, 12 and 14. In the interim, Plaintiff also filed a Notice of Appeal, ECF No. 13. Plaintiff, a civilly committed detainee, is proceeding *pro se* and *in forma pauperis,* and is currently housed at the Eastern State Hospital. Defendants have not been served. The Motion was considered without oral argument on the date signed below.

ORDER DENYING MOTION FOR RECONSIDERATION -- 1

Plaintiff contends that the Order dismissing this action with prejudice was "clearly in error" and Plaintiff wishes to question the "third claim." ECF No. 11 at 1. Plaintiff asserts there are "three major cases [that] establish the unconstitutionality of restricting violent media for both minors and adults," and Plaintiff's "claim about mature video games" should be allowed to proceed. *Id.* at 1–2.

## MOTION FOR RECONSIDERATION

Motions for reconsideration are generally disfavored and should not be granted, "absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or . . . there is an intervening change in the controlling law." *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999). Reconsideration is an "extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources." *Kona Enterprises, Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). "Whether or not to grant reconsideration is committed to the sound discretion of the court." *Navajo Nation v. Confederated Tribes and Bands of the Yakama Indian Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003).

Plaintiff asserts a First Amendment right to mature media content while civilly detained at a state hospital. Plaintiff attaches two articles authored by Dr. C. Ferguson, the second of which concludes: "Consistent with newer theories of media effects, individual experiences may vary considerably. It is less that media have no effect, and more that effects are idiosyncratic and user driven rather than content driven. As such, rather than a one-size-fits-all recommendation for media, clinicians may wish to tailor their recommendations to the needs of the individual patients or families." ECF No. 11-1 at 9.

Here, Plaintiff has presented no facts from which the Court could infer that a restriction on Plaintiff's access to mature media content is not reasonably related to legitimate mental health treatment goals. *See e.g., Turner v. Safley*, 482 U.S. 78

ORDER DENYING MOTION FOR RECONSIDERATION -- 2

(1987).  While Plaintiff may question the veracity of prior studies linking violent media to aggression, Plaintiff has not shown that any restrictions tailored to Plaintiff's treatment constitute "a substantial departure from accepted professional judgment, practice, or standards." *See Youngberg v. Romeo*, 457 U.S. 307, 323 (1982).

Plaintiff has not presented newly discovered evidence, shown the Court committed clear error, or argued that there has been an intervening change in the controlling law. *See 389 Orange St. Partners*, 179 F.3d at 665.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Reconsider, ECF No. 11, is **DENIED**.
2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and provide a copy to Plaintiff.  The file shall remain closed.

**DATED** this 4th day of November 2024.

Stanley A. Bastian
Chief United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION -- 3